Haxx, Judge.
 

 The first notice we have of this case
 

 is at August term, 1829= At that term the case was continued upon cause shown by the defendant
 
 Bass ;
 
 and the court by the, act of 1822
 
 (Rex c.
 
 1131) had the power; to continue it upon sufficient cause shown. Suppose for instance, that owing to some unavoidable accident, the defendant had it not in his power to prove, that he had given ten'days, notice to Ido creditors or their agents;, or attorneys, of his intention to avail himself of the benefit of the act: the court could not dó otherwise than grant a continuance. At November term, judgment was given against the defendant; and nothing illegal appears, in that The reason why -it was entered
 
 nunc pro túne,
 
 is not obvious. But certainly they ought to have given judgment, because it does not appear’ that the defendant
 
 Bass then made Ms
 
 appearance, or caused it to he en- .,, . tered. The bond which he gave for bis appearance was as °hligutoiy 011 him to attend then, as at the preceding term when the continuance was, granted at his instance,
 
 (Mooring
 
 v.
 
 James, ante
 
 2 vol. 254.) And as he did not enter his appearance at the subsequent term» judgment against Mm was the legal consequence.
 

 Ter Cuiíxusí.' — Judgment reversed.